NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2024-2293

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01586-PSH, Judge Philip S. Hadji.

---

PER CURIAM.

**O R D E R**

Upon consideration of the corrected brief amicus curiae submitted in support of the appellee by the D.C. Department of Energy and Environment,

2    DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY v. US

IT IS ORDERED THAT:

The amicus brief, ECF No. 38, is accepted for filing.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

<u>June 24, 2025</u>
Date